Jennifer L. Bunda (SBN: 266667)
jcl@consumercounselgroup.com
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZALMAN GOLDSTEIN, et al, <br><br> Plaintiffs, <br><br> v. <br><br> AMSHER COLLECTIONS SERVICES, INC., et al <br><br> Defendants. | Case No.: 2:23-CV-03954-FMO-PVC <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff ZALMAN GOLDSTEIN and the Defendant AMSHER COLLECTIONS SERVICES, INC. has been resolved. Accordingly, the parties respectfully request that all deadlines be taken off calendar pending consummation of settlement.

Dated: November 27, 2023        Respectfully Submitted,

                                  /s/ Jennifer L. Bunda
                                 Jennifer L. Bunda
                                 Attorney for Plaintiff