JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZALMAN GOLDSTEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMSHER COLLECTION SERVICES, INC. and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO.: 2:23-cv-03954-FMO-PVC<br><br>ORDER RE: STIPULATION [19] OF DISMISSAL |

    Pursuant to the Stipulation of Dismissal filed by the parties on December 1, 2023, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice, with the right to reopen for (60) days. Any claims of any putative class members are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated:  December 4, 2023

                                                  /s/
                                      Honorable Fernando M. Olguin
                                      U.S. District Judge